AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

GABE McMACKIN

*Plaintiff(s)*

v.

CALI CANUCK LLC d/b/a GAIR-DUMBO,
JEREMIE KITTREDGE, MEGAN CASALE
and KEVIN CIMINI

*Defendant(s)*

Civil Action No. 25-cv-5279

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* (See Attached Service Rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ontell & Associates, PLLC
400 Madison Avenue, Suite 17D
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 9/25/2025

s/ Aaron I. Herrera
*Signature of Clerk or Deputy Clerk*



## SERVICE RIDER

**Cali Canuck LLC d/b/a Gair-Dumbo**
**41 Washington Street**
**Brookyln, New York 11201**

**Jeremie Kittredge**
**363 Bond Street #1105**
**Brooklyn, New York 11231**

**Megan Casale**
**c/o Cali Canuck LLC d/b/a Gair-Dumbo**
**41 Washington Street**
**Brookyln, New York 11201**

**Kevin Cimini**
**415 Red Hook Lane, #18B**
**Brooklyn, New York 11201**